# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>THE RESIDENCE LOCATED AT 311 HEDGEWOOD DRIVE APT. 4<br>CHATTANOOGA, TN - LOCATED ON THE SECOND STORY OF THE<br>LEFT SIDE OF THE STRUCTURE IF FACING THE RESIDENCE FROM<br>THE STREET, THE RESIDENCE ASSOCIATED WITH ARTHUR VALLEY | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:19-mj- 110 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
The residence located at 311 Hedgewood Drive, Apt 4, Chattanooga, TN, more specifically described in Attachment A.

located in the _____ Eastern _____ District of _____ Tennessee _____, there is now concealed *(identify the person or describe the property to be seized)*:
Evidence of violations of 21 U.S.C. §§ 846, and 841(a)(1), as more specifically described in the attached affidavit and in Attachment B of this application.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1) | Conspiracy to manufacture, possess with intent to distribute, and distribute controlled substances, and substantive related offenses |

The application is based on these facts:
see attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Adam Baldwin, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 10, 2019

*Judge's signature*

City and state: Chattanooga, Tennessee     Christopher H. Steger, United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

Description of the Residence/Premises/Property of 311 Hedgewood Drive Apt. 4 Chattanooga, TN – the apartment located on the second story of the left side of the structure if facing the residence from the street.

311 Hedgewood Drive is a two-story structure, with "311" on a mailbox adjacent to the driveway. The front and sides of the residence have beige siding with white shutters on the windows. VALLEY's residence, Apt. 4, is located on the second story of the left side of the structure if facing the residence from Hedgewood Drive. A set of black metal stairs leads from the rear parking lot of the structure directly to VALLEY's residence, which is the only doorway on the second story on the left side of the structure. The door white in color.



Directions to 311 Hedgewood Drive

To arrive at 311 Hedgewood Drive Chattanooga, TN from Dayton Blvd, head North on Dayton Blvd. until approaching Hedgewood Drive on the left. Turn left onto Hedgewood Drive. After .4 miles 311 Hedgewood Drive will be on the right side of the street.

1

# ATTACHMENT B

1. Books, records, receipts, notes, ledgers, codes, and other papers relating to the transportation, ordering, purchase and distribution of controlled substances, including, but not limited to heroin and firearms.

2. Books, records, receipts, notes, ledgers, codes, and other papers and electronic records related to the transportation, ordering, purchasing and distribution of firearms and controlled substances.

3. Books, records, receipts, bank statements and records, financial statements, loan applications and records, wills, real estate records, money drafts, letters of credit, money orders and cashier's checks, safe deposit box keys, records and agreements, and other documents evidencing the obtaining, secreting, transferring, and/or concealing of assets and the obtaining, secreting, transferring and/or concealing of currency equivalents.

4. United States currency, precious metals, jewelry, and financial instruments, including stocks and bonds.

5. Photographs, videotapes, slides, and other visual depictions of the occupants and owner(s) of 311 Hedgewood Drive Apt. 4 Chattanooga, TN – the apartment located on the second story of the left side of the structure if facing the residence from the street (hereinafter VALLEY's RESIDENCE) controlled substances, notes, records, diaries, journals and papers, and/or assets.

6. Indicia of occupancy, residency, and/or ownership of the premises or other assets including, but not limited to, utility and telephone bills, cancelled checks, and keys.

1

7. Firearms, ammunition and items associated with firearms, i.e. magazines, accessories, holsters, and gun cases.

8. Sales receipts for items evidencing the expenditure of currency or currency equivalents.

9. Paraphernalia for packaging, weighing, cutting, and distributing controlled substances, including but not limited to, scales, plastic bags, trash compactors, and chemical test kits.

10. Documents, books, and papers reflecting names, addresses and/or telephone numbers pertaining to, but not limited to the occupants and owner(s) of VALLEY's RESIDENCE.

11. Computer equipment, programs, storage disks, cellular phones and printouts evidencing the distribution of controlled substances, the expenditure of currency or currency equivalents and/or indebtedness to and loan repayments to the individual(s) listed in paragraph two above.

12. Books, records, receipts, notes, ledgers, invoices, bank records, purchase records, cash receipts and disbursement journals, inventory records, and other records relating to the operation of a controlled substances distribution network.

13. Cellular telephones, including the electronic address book, stored memory feature and the SIM card (or similar type of electronic data storage card) of the cellular telephone.

14. Controlled substances, to include, but not limited to, cocaine base and powder cocaine.

15. All of which are fruits, evidence and instrumentalities of crimes against the United States of America; that is possession and possession with the intent to distribute controlled substances by the occupants and owner(s) of VALLEY's RESIDENCE, in violation of Title 21 U.S.C. § 841 and Title 21 U.S.C. § 846.